UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:25-58818-JWC |
| MICHAEL ANTHONY DAVIS, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

## NOTICE OF HEARING ON MOTION TO EXTEND STAY

**PLEASE TAKE NOTICE** that the above-named Debtor has filed a Motion to Extend Stay (the "Motion") and related papers with the Court seeking an order extending the stay as to all creditors.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at 10:45 A.M. on August 19, 2025, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta Georgia 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 7, 2025.

/s/Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, Georgia 30038
770-800-0440
Debtor's Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:25-58818-JWC |
| MICHAEL ANTHONY DAVIS, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

## MOTION TO EXTEND STAY

COMES NOW Debtor, through counsel, and requests that the Court extend the automatic stay under 11 U.S.C. § 362(a) as to all creditors pursuant to 11 U.S.C. §362(c)(3)(B). In support of this request, Debtor states as follows:

1.

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on 8/04/2025.

2.

Debtor previously filed a Chapter 13 case on 03/31/2025. That case, hereinafter referred to as the "first case," was assigned case number 25-53460. Debtor asserts that while in that first case, he filed pro se and did not have the tools to navigate the Bankruptcy filing successfully. As a result, Debtor's first case was dismissed on 6/18/2025 for failure to pay the filing fee.

3.

Debtor submits that the instant case will succeed and shows that he is now represented by legal counsel. Debtor is confident he can comply with the plan payments of the instant case.

WHEREFORE, Debtor requests that this Court continue the automatic stay under §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

Dated: August 7, 2025.

Respectfully submitted,
/s/Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No.406060
Attorney for Debtor(s)
5353 Fairington Road, Suite C
Lithonia, GA 30038

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing **Motion to Extend Stay and Notice of Hearing** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley –  Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Michael Anthony Davis
408 Edmond Court
Suwanee, GA 30024

All parties and creditors on the attached mailing matrix.

/s/Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No.406060
Attorney for Debtor(s)
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-58818-jwc<br>Northern District of Georgia<br>Atlanta<br>Thu Aug  7 10:52:08 EDT 2025 | American First Finance<br>Attn: Bankruptcy<br>Po Box 565848<br>Dallas, TX 75356-5848 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 |
| Ascendium Education Solutions, Inc OBO<br>Florida Department of Education OSFA<br>PO Box 8961<br>Madison WI 53708-8961 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity/Alphaeoncos<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Michael Anthony Davis II<br>408 Edmond Court<br>Suwanee, GA 30024-2755 | Delta Community Credit Union<br>Attn: Bankruptcy<br>3300 Riverwood Parkway, Ste 100<br>Atlanta, GA 30339-3966 |
| (p)FIRSTMARK SERVICES<br>121 S 13TH STREET STE 201<br>LINCOLN NE 68508-1911 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 339<br>Atlanta, GA 30345-3173 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | Midland Credit Management<br>350 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108-3007 | Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3302<br>Merrifield, VA 22119-3302 |
| New American Funding<br>Attn: Bankruptcy<br>1 Home Campute Mac X2303-01a<br>Des Moines, IA 50328-0001 | TBF Financial<br>870 Sheridan Rd.<br>Highwood, IL 60040-1003 | Truist<br>PO Box 79041<br>Baltimore, MD 21279-0041 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Vladimir Lerner<br>c/o John B. Mangrum<br>4842 LaVista Rd.<br>Tucker, GA 30084-4464 | Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions<br>c/o Jeanine Peterson<br>P.O. Box 8961<br>Madison, WI 53708 | Caine & Weiner<br>5805 Sepulveda Blvd<br>4th Floor<br>Van Nuys, CA 91411 | Citizens Bank<br>Attention: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 |
| Firstmark Services<br>121 South 13th Street<br>Lincoln, NE 68508 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 | |