# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:25-58818-JWC |
| **MICHAEL ANTHONY DAVIS,** | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, **Michael Anthony Davis,** the undersigned, hereby affirm under penalty of perjury that I have read all of a document that my attorney drafted entitled, "Motion to Extend." All the facts contained therein are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this Monday, August 11, 2025.

_Michael Anthony Davis_/s/
**MICHAEL ANTHONY DAVIS**

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
QXWEG-DI4N8-P9HWU-CNSN8

**DOCUMENT COMPLETED BY ALL PARTIES ON**
11 AUG 2025 20:56:16 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MICHAEL ANTHONY DAVIS** | **SENT** 11 AUG 2025 20:54:49 UTC<br>**VIEWED** 11 AUG 2025 20:56:01 UTC<br>**SIGNED** 11 AUG 2025 20:56:16 UTC | *Michael Anthony Davis*<br>**IP ADDRESS** 66.188.69.93<br>**LOCATION** LAWRENCEVILLE, UNITED STATES |

**RECIPIENT VERIFICATION**

**EMAIL VERIFIED**
11 AUG 2025 20:56:01 UTC

Signed with PandaDoc

PAGE 1 OF 1

