To: United States Bankruptcy Court

## Motion to Reopen

Please reopen my bankruptcy case 25-53460 I was unaware of the correct method to pay my installment payments. I am now informed of the correct and proper way to pay and I will not miss another future payment if you so kindly give me another chance.

*[signature]*

Thank you,
Michael Davis
404-747-4551
408 Edmond Court
Suwanee, GA 30024

*[Filed stamp: 2025 APR 29 AM 11:50, Vanja S. Allen, Clerk, Deputy Clerk, U.S. Bankruptcy Court, Northern District of Georgia]*

1:56 

## Pay.gov Paymen...

GANBFinance@ganb.uscourts.gov.

Application Name: GANB Form Service
Pay.gov Tracking ID: 27NKIJ1F
Agency Tracking ID: 77029032391
PayPal Transaction ID: 5AG30162CJ294712S
Transaction Type: Sale
Transaction Amount: $78.00
Transaction Date: 04/28/2025 01:52:10 PM EDT
Payment Method: PayPal

Case Number: 25-53460
Debtor Name: MICHEAL DAVIS
Payer Name: Michael A DAVIS
Phone: (404) 747-4551
Email: MIKEDCKP@GMAIL.COM
Description: Paying $78 for my payment plan

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Michael A. Davis )  Case No: 25-53460
) Chapter 13
)
)
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 29 day of April, 2025 I served a copy of Motion to Reopen which was filed in this bankruptcy matter on the 31 day of March, 2025

Mode of service (check one):    ◯ MAILED    ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atl, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated: 04/29/25

Signature: [signed]

Printed Name: Michael Davis

Address: 408 Edmond Court
Suwanee, GA 30024

Phone: 404-747-4551

(Generic Certificate of Service – Revised 4/13)